**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANKONA GRAHAM, | Case No.: 2:26-cv-01567-APG-DJA |
| Plaintiff | **Order Denying Motions For Injunctive Relief** |
| v. | ECF Nos. 11, 13, 16 |
| JEREMY BEAN, et al., | |
| Defendants | |

**I.   DISCUSSION**

Plaintiff Sankona Graham filed this case in United States District Court in the Southern District of Florida. ECF No. 1-1.  The Southern District of Florida then transferred the case to the District of Nevada, finding that Graham's claims arise out of his incarceration in the custody of the Nevada Department of Corrections. ECF No. 3.  On June 17, 2026, I dismissed the case as duplicative of another case that Graham already has pending. ECF No. 14.

Graham filed a document titled "objection to the transfer of jurisdiction." ECF No. 12. Under 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Under 28 U.S.C. § 1406, if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer such case to any district or division in which it could have been brought."

The allegations in Graham's objection are difficult to read and understand, but he appears to state that High Desert State Prison is stealing his money and that, while he has been incarcerated at High Desert State Prison, he has been the victim of kidnapping, rape, probes, and false marriages, among other things. ECF No. 12.  He also states that inmates at High Desert State Prison dress up as staff in order to gain access to him. *Id.*  He also appears to allege that various Defendants have kidnapped, and impersonated other people, including people in California, Texas, Tennessee, Washington, and Florida. *Id.*  It is difficult to understand from either the complaint or Graham's objection exactly what claims he is bringing, but it appears that his claims arise out of alleged violations that primarily took place in the state of Nevada.  As such, Nevada is the proper venue for this case.

Graham has also filed three identical motions for injunctive relief. ECF Nos. 11, 13, 16.  I closed this case because it is duplicative of at least one previously filed case.  To the extent that Graham seeks injunctive relief, he must file his requests in his other pending case.  Therefore, I deny his motions for injunctive relief.

**II.     CONCLUSION**

I THEREFORE ORDER that Graham's motions for injunctive relief (ECF Nos. 11, 13, 16) are DENIED.

Dated: June 22, 2026

_____
Chief United States District Judge

2