**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANKONA GRAHAM, | Case No.: 2:26-cv-01567-APG-DJA |
| Plaintiff | **Order Denying Pending Motions** |
| v. | [ECF Nos. 20, 24] |
| JEREMY BEAN, et al., | |
| Defendants | |

I previously dismissed this case as duplicative of another case plaintiff Sankona Graham has pending. ECF No. 14. Despite that, Graham filed three additional motions in this case, which I denied because the case is closed. ECF No. 17.  Graham has filed even more motions in this closed case. ECF Nos. 20, 24.  As I stated in my last order, if Graham seeks injunctive relief, he must file his requests in his other pending case.  I therefore deny his pending motions and warn him that if he continues to file motions in this closed case, he may be sanctioned, including with a fine, and deemed a vexatious litigant, which would impose pre-filing restrictions.  Hopefully, that will not be necessary.

I THEREFORE ORDER that Graham's motions **(ECF Nos. 20, 24) are denied.**

DATED this 12th day of July, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE